**ORIGINAL**

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

RECEIVED IN CLERK'S OFFICE
U S D C Atlanta

JUL 0 1 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SHELLY LEON BRYANT #976290
(Enter above the full name and prisoner
identification number of the plaintiff)

-vs-

THE CITY OF PORTERDALE,
GWINNETT COUNTY, GWINNETT COUNTY
SHERIFF'S DEPT, GEORGIA DMV
(Enter above the full name of the defendant(s).)

1 05-MI-0187

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes (X)    No ( )

   B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline )

   1. Parties to this previous lawsuit

      Plaintiff(s). SHELLY LEON BRYANT

      Defendant(s): THE CITY OF PORTERDALE, GWINNETT COUNTY, GWINNETT COUNTY SHERIFF'S DEPT, GEORGIA DMV

   2. Court (if federal court, name the district; if state court, name the county): GWINNETT COUNTY AND NEWTON COUNTY

   3. Docket Number GWINNETT COUNTY- 05-A-03213-4
      NEWTON COUNTY - 2005-1127-4

I. **Previous Lawsuits (Cont'd)**

    4    Name of judge to whom case was assigned. *JUDGE MICHAEL C. CLARK*

    5    Did the previous case involve the same facts? *GWINNETT COUNTY — NEWTON COUNTY UNKNOWN*

        Yes (✓)    No ( )

    6    Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

        *BOTH ARE STILL PENDING*

    7.    Approximate date of filing lawsuit *GWINNETT — MARCH 18 2005 / NEWTON — APRIL 15 2005*

    8    Approximate date of disposition. ____

II. **Exhaustion of Administrative Remedies**

    A    Place of Present Confinement *AT HOME WITH 2yr PROBATION*

    B    Is there a prisoner grievance procedure in this institution?
        Yes ( )    No (✓)

    C    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( )    No (✓)

    D    If your answer is YES
        1    What steps did you take and what were the results?

            ____

        2    If your answer is NO, explain why not *JUST FINISHED 10 DAY SENTENCE STILL HAVE 80 HRS COMMUNITY SERVICE AND 3375.60 FINE*

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank  Do the same for additional plaintiffs, if any )

    A    Name of Plaintiff(s) *SHELLY LEON BRYANT*

### III. Parties (Cont'd)

Address(es): 350 FIELDSTONE LN
COVINGTON, GA 30016

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B  Defendant(s): GWINNETT COUNTY, GWINNETT COUNTY SHERIFF DEPT, THE CITY OF PORTERDALE, NEWTON COUNTY, THE DEPT OF MOTOR VEHICLES R.K JOHNSON

Employed as DIRECTOR, DRIVER SERVICES DIVISION SHERIFF, GWINNETT COUNTY GOV, THE CITY OF PORTERDALE GOV.

at GEORGIA DEPT OF MOTOR VEHICLES, GWINNETT COUNTY THE CITY OF PORTERDALE, GOV AND SHERIFF DEPT.

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

GWINNETT COUNTY JUSTICE SYSTEM (JUDGE) DID NOT GIVE ME AN OPPORTUNITY FOR COUNSEL FORCED ME INTO PRO SE MODE AN JUDGE WOULDN'T ALLOW ME TO FILE A MOTION TO DISMISS AND VACATE FOR MY DEFENSE, AND WOULDN'T EVEN LOOK @ IT JUDGE STATES "YOU KNEW TWO YRS AGO YOU DIDN'T HAVE A GEORGIA LICENSE, YOU JUST DON'T GET IT" JUDGE SENTENCES PETITIONER WITHOUT COUNSEL BEING PRESENT DURING MISDEMEANOR SENTENCING IN COURT CASE

GWINNETT COUNTY SHERIFF DEPUTY BADGE NO #725 DID NOT READ MY MIRANDA RIGHTS DID NOT GIVE PETITIONER COPIES OF THE CHARGING INSTRUMENTS (3 TICKETS) DEPUTIES WITHHELD LEGAL DOCUMENTS FROM PETITIONER, BY PLACING DOCUMENTS IN PETITIONER'S PERSONAL PROPERTY, AND DID NOT RETURN THEM UNTIL PETITIONER'S SENTENCE WAS SERVED, DENYING ACCESS TO THE COURTS INMATE ACCOUNT SERVICES

## IV. Statement of Claim (Cont'd)

Refused to send petitioners inmate account information back while petitioner access the courts trying to proceed in forma pauperis. The G. Clerks office sent back writ of Habeas Corpus because inmate account wasn't attached, and legal mail went back and forth from the jail to the Clerks office, because petitioner has been released from 2/25/05 until filed 3/18/05

The City of Porterdale denies petitioner access to legal counsel, and the opportunity for a jury trial. Judge sentenced petitioner in a misdemeanor court case without legal counsel being appointed or present

The Georgia DMV did create two different license numbers 05096317y, 052618710 without consent, application, photo, fingerprint and authorization all required to have a legal issued drivers license and because of this petitioner has been incarcerated. Lost jobs and loans, and family members

## V. Relief

State briefly exactly what you want the Court to do for you  Make no legal arguments. Cite no cases or statutes.

1. A Audit of Georgia DMV Driver Services Database for all licenses issued legally and illegally

2. A sum of 3.5 million dollars be awarded to petitioner for deprivation of rights

3. That the license numbers be deleted from the DMV database with Shelly Leon Bryant name established in no # 05096317y, 052618710

4. That the convictions be overturned and vacated

5. That the court room inside the Gwinnett County Detention Center be opened to the public, and if not be removed from the jail because it violates inmates rights, as family members can't see how the court prejudices every inmate inside this court room.

## V. Relief (Cont'd)

6. That the person responsible for instituting the policy to create drivers license without proper consent from the consumer face identity fraud charges for each violation found during audit.

7. A protective restraining order on the city of Porterdale, Newton County and Maximus Probation Dept. of retaliatory tactics (intimidation) until U.S. 1983 is delivered upon.

Signed this 27TH day of June, 2005

_Signature of Plaintiff_

STATE OF Georgia
COUNTY (CITY) OF Newton (Covington)

I declare under penalty of perjury that the foregoing is true and correct

EXECUTED ON 27TH June, 2005
(Date)

_Signature of Plaintiff_